IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00020-EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL JOHN SHERIDAN, JR.,

      Defendant.

## ORDER

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before United States Magistrate Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 8th day of March, 2007.

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM, JUDGE
                                    UNITED STATES DISTRICT COURT
                                    DISTRICT OF COLORADO