IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: July 6, 2007

Criminal Action No. 07-cr-00020-EWN

*Parties:*

*Counsel:*

UNITED STATES OF AMERICA,

Habib Nasrullah

    Plaintiff,

v.

1. MICHAEL JOHN SHERIDAN, JR.,

Edward Pluss

    Defendant.

---

### ARRAIGNMENT MINUTES

---

**2:18 p.m.**    Court in session.

Defendant is sworn.

Preliminary questioning of Defendant by Court.

Defendant waives reading of Indictment previously executed.

Government re-arraigns Defendant.

**Defendant pleads GUILTY to Count One of the Indictment.**

Court reviews plea agreement with Defendant.

Defendant is informed of possible sentences that could be imposed.

*(proceeding)*

*Courtroom Minutes*
*07-cr-00020-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

Defendant's constitutional and other rights are explained.

Court explains elements of proof to Defendant.

Statement by Defendant.

Government outlines evidence.

Court's findings.

**ORDERED: 1.** **Court Exhibits 1 and 2 are received for purposes of this hearing.**

**ORDERED: 2.** **Plea of GUILTY is received and Defendant is adjudged guilty of the offense.**

**ORDERED: 3.** **Court defers acceptance of plea agreement until after probation department has prepared a pre-sentence report.**

**ORDERED: 4.** **Defendant's Motion for Pretrial Notice of Rule 404(b) Evidence (#15, filed April 13, 2007) is DENIED as moot.**

Court directs Mr. Pluss, within five days of disclosure of the pre-sentence report, to file a motion reciting how much additional time will be needed for the sentencing hearing.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:47 p.m.**   Court in recess.

Hearing concluded.

Total time: 00:29